# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

In re                                                §
      Michael & Christine Johnson      §  Case No. 96-30987
          1001 W. Jackson           §  Chapter 7
        Clarksville, TX 75426          §
           xxx-xx-2823              §
Debtor.                                             §

## PETITION TO WITHDRAW
## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America, declare (or certify, verify or state) that the following statements and information are true and correct to the best of my knowledge and belief:

1.      I am the Managing Member of Dilks & Knopik, LLC.

2.      Dilks & Knopik, LLC is a "funds locator" and is the Attorney-in-fact for Sharon Chris Pylant-Schmidt and, on March 22, 2010, has petitioned the court to receive the total amount of $1,065.00, which is the sum of $898.38 and $166.62 deposited with the Court by the case trustee on behalf of the creditor Chris Plyant.

3.      Dilks & Knopik supported its Application to recover the funds based off information located on the cases' Label Matrix and a previous Application to release $554.74 filed by Sharon Christ Pylant-Schmidt on January 7, 2010 and granted on January 26, 2010.

3.      On March 26, 2010, Dilks & Knopik received notification from the debtor, Michael Johnson, informing that Chris Pylant of the above Applications is not the same Chris Plyant that was a creditor in his bankruptcy case.

4.      **Dilks & Knopik would like to withdraw its Application for the Recovery of Unclaimed Funds** in order to further review this matter and to make certain that the correct party has been located as the owner of the unclaimed funds.

Date executed by Petitioner March 26, 2010

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for Sharon Chris Pylant-Schmidt
28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728
Tax ID: 74-3049851

Sworn and subscribed to, before me
this _____ day of march , 20 10

Caryn M. Dilks
Notary Public for State of Washington,
Commission Expires: July 29, 2010

NOTARY PUBLIC
7/29/2010
STATE OF WASHINGTON
CARYN M DILKS
COMMISSION EXPIRES

In re                                            §
    Michael & Christine Johnson      §    Case No. 96-30987
        1001 W. Jackson           §    Chapter 7
      Clarksville, TX 75426        §
        xxx-xx-2823               §
Debtor.                                          §

## CERTIFICATE OF SERVICE

The undersigned, Brian J. Dilks of Dilks & Knopik, LLC of 28431 SE Preston Way, Issaquah, WA 98027 hereby certifies:

That on <u>March 26, 2010</u>, I served a copy of the foregoing Application to Withdraw Petition for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

US Attorney's Office
Attn: Unclaimed Funds Request
101 East Park Blvd, Suite 500
Plano, TX 75074-8858

Sharon Chris Pylant-Schmidt
3020 Wandering Ct
Colorado Springs, CO 80917-3216

Charles Anthony Newton
Attorney for Debtor
190 N. Millpot circle
The Woodlands, TX 77382-4015

Michael & Christine Johnson
Debtor
1001 W. Jackson
Clarksville, TX 75426

Executed: March 26, 2010

By: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for Sharon Chris Pylant-Schmidt
28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728
Tax ID: 74-3049851